**Order filed October 17, 2017**



In The

# Fourteenth Court of Appeals

————————

## NO. 14-17-00725-CV

————————

## IN THE INTEREST OF N.H.N., A CHILD

**On Appeal from the 246th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-07634**

## O R D E R

This is an appeal from a judgment signed June 1, 2017. Appellant **L.H.N.** timely filed a post judgment motion. The notice of appeal was due August 30, 2017. *See* Tex. R. App. P. 26.1. L.H.N., however, filed his notice of appeal on September 11, 2017, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). L.H.N. did not file a motion to extend time to file the notice of appeal. While an extension may be implied, L.H.N. is still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery*

*Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellant L.H.N. to file a proper motion to extend time to file the notice of appeal by October 27, 2017. *See* Tex. R. App. P. 26.3; 10.5(b). If L.H.N. does not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM